IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 06-389 |
| | ) |
| JOHN D. CORSO | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 10th day of December, 2006, upon consideration of the foregoing Motion to Temporarily Amend Conditions of Release, it is hereby ORDERED, ADJUDGED AND DECREED that the motion is hereby, GRANTED; it is FURTHER ORDERED that John D. Corso is permitted to travel to Salem, Ohio, leaving Friday, December 15, 2006, and returning to the Western District of Pennsylvania the same day.

All other conditions of bond are to remain the same.

_____
Gary L. Lancaster
United States District Judge