```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )
                            )
          v.                )  Criminal No. 06-389
                            )
JOHN D. CORSO, III,         )
     Defendant.             )
```

                          ORDER

AND NOW, this 21st day of May, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 28, 2006, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Friday, June 1, 2007 at 2:30.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:

                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              United States District Judge

cc:   Paul E. Hull,
      Assistant United States Attorney

      Jay J. Finkelstein,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation