IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                         )
            V.           ) Criminal No.06-389
                         )
JOHN D. CORSO, III       )

**ORDER OF COURT**

AND NOW, to-wit, this  5th  day of November, 2007, upon consideration of the within Motion to Remain on Bond Pending Appeal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the it is FURTHER ORDERED that the execution of Mr. Corso's sentence is postponed until further Order of Court;

IT IS FURTHER ORDERED that Mr. Corso is hereby admitted to bail pending appeal upon the same terms and conditions as currently apply.

_____
Gary L. Lancaster
United States District Judge

cc: Counsel of Record
    U.S. Pretrial Services
    Federal Bureau of Prisons