IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Criminal No. 06-389 |
| ) | |
| JOHN D. CORSO, III.    ) | |

**ORDER**

AND NOW, this 5th day of Aug, 2009, upon consideration of the within Motion for Revocation of Release, it is hereby ordered that defendant, John D. Corso, III is ordered to report to the United States Marshals Service to begin service of his sentence w/in 14 days. ~~immediately and that his bond is hereby revoked effective immediately.~~

BY THE COURT:

_/s/ Gary L. Lancaster_
Gary L. Lancaster
United States District Judge

CC: All Counsel
US Marshal
US Bureau of Prisons