IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN D. CORSO, III. | )<br>)<br>)<br>)  Criminal No. 06-389<br>)<br>)<br>) |

### ORDER

AND NOW, this **14** day of August, 2009, the court's Order dated August 5, 2009 is amended as follows. Defendant John D. Corso, III is ordered to voluntarily surrender to FCI Elkton, located in Elkton, Ohio, to begin service of his sentence no later than **August 19, 2009**.

BY THE COURT:

_____, J.

cc: All Counsel of Record
    United States Marshalls
    United States Bureau of Prisons
    FCI Elkton